IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JESUS ROBLES,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV513-056

BUREAU OF PRISONS and
T. JOHNS, Warden,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Jesus Robles ("Robles") filed Objections. In his Objections, Robles contends that his declaratory judgment action is properly before the Court. Robles contends that the "actual controversy" in this case is whether he is to be surrendered to immigration officials for deportation upon completion of his custodial sentence. (Doc. No. 9, p. 2). However, Robles stated previously that the "issue before the Court is whether the trial judge ordered, during sentencing, that [he] be surrendered to immigration officials for deportation upon completion of his custodial sentence. Robles seeks a declaration that the sentencing judge did not order this surrender as part of his sentence." (Doc. No. 7, pp. 1—2). While the ultimate issue in this proceeding may be whether Robles is or is

AO 72A
(Rev. 8/82)

not subject to surrender to immigration officials after he completes service of his federal sentence, he has not shown that he is entitled to declaratory judgment in his favor.

Robles also contends that, should this Court determine that his cause of action properly lies pursuant to 28 U.S.C. § 2241, his claims do not require adherence to the administrative remedy process. The undersigned will not now determine whether Robles' cause of action properly lies pursuant to § 2241 and, if so, whether his claims are subject to exhaustion requirements. Such determinations should be made if Robles files a cause of action pursuant to 28 U.S.C. § 2241. What is clear here is that Robles has not shown he is entitled to his requested relief, pursuant to 28 U.S.C. § 2201, in this Court.

Robles' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Robles' Motion for Declaratory Judgment is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 2 day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)